United States District Court
Southern District of Texas
**ENTERED**
December 12, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GONZALO ANDRADE, | § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 4:16-cv-02667 |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | § § § | JURY |
| Defendant. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiff Gonzalo Andrade's and Defendant Allstate Vehicle and Property Insurance Company Agreed Motion for Dismissal with Prejudice, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' claims against all Defendants are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS FURTHER ORDERED any relief not specifically granted herein is hereby denied.

IT IS SO ORDERED.

Signed on this the 12th day of December, 2017.

_____
JUDGE PRESIDING

2730144v1
03647.531